IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:18-cv-00086-MR

| | |
|---|---|
| **BENJAMIN GODWIN SWANSON,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **GASTON COUNTY SHERIFF'S** ) <br> **DEPARTMENT, et al.,** ) <br> ) <br> **Defendants.** ) <br> _____ ) | **ORDER** |

**THIS MATTER** is before the Court *sua sponte*.

*Pro se* incarcerated Plaintiff recently requested documents from the Mecklenburg County Sheriff's Department, Jail Division. Because Plaintiff is proceeding *in forma pauperis*, the Court instructed the Clerk to prepare a subpoena on Plaintiff's behalf. [See Doc. 78]; 28 U.S.C. § 1915(d). In light of the Court's Order granting the issuance of the subpoena, the Court will further direct the United States Marshals Service to serve the subpoena in accordance with Rule 45 of the Federal Rules of Civil Procedure.

**IT IS, THEREFORE, ORDERED** that the United States Marshals Service is respectfully instructed to serve the subpoena on the Mecklenburg

County Sheriff's Department, Jail Division in accordance with Rule 45 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Martin Reidinger
Chief United States District Judge