# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:18-cv-00086-MR

| | |
|---|---|
| **BENJAMIN GODWIN SWANSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| **GASTON COUNTY SHERIFF'S** ) | |
| **DEPARTMENT, et al.,** ) | **ORDER** |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Parties' Stipulation of Dismissal [Doc. 80].

The parties in this *pro se* civil rights action stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that all claims and parties are dismissed with prejudice. [Doc. 80].

In light of the parties' Stipulation, the Order instructing the U.S. Marshals Service to serve a subpoena [Doc. 79] is vacated as moot. The Clerk of Court will be instructed to terminate and close this action.

**IT IS THEREFORE ORDERED** that the Order instructing the U.S. Marshals Service to serve a subpoena [Doc. 79] is **VACATED** as moot.

The Clerk is respectfully instructed to terminate and close this action.

**IT IS SO ORDERED**.

Signed: November 30, 2020

Martin Reidinger
Chief United States District Judge